UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

'09 APR 30 12:11 USDC-ORE

Filed

09-6118-CL

Jonathan Lee Riches d/b/a
Bernard Madoff,
Plaintiff

V.

Lexisnexis Group d/b/a Matthew Bender & company Inc a/k/a Matthew Bender Properties Inc; The west Group; West's Federal Reporter third series; National Reporter system a/k/a Thomson Reuters Business; Criminal Law Reporter; The Bureau of National Affairs Inc; Congressional Quarterly Inc; The Federal Register; CQ Press; Black's Law Dictionary; Bryan A. Garner; Claudia Driggins-Henley; Barbara A. Rogers; Charles B. Brownson; Anna L. Brownson; Staff Directories Ltd; Robert W. Merry; John A. Jenkins; Betty B. Goldman; Bertha Brevard; Joyce Kachergis; Brent Evan Newton; Guy Anthony Cuomo; Jason Trowbridge; Justia.com,
Defendants

Preliminary Injunction, Temporary Restraining Order, TRO
I FACE IMMINENT DANGER AND Bodily harm

Comes Now, Jonathan Lee Riches d/b/a Bernard Madoff, I seek a restraining order Against Defendants, Editors, and their Books & Legal material they are distributing to the Public and Federal Prosecutors and Judges to create statute law which is unconstitutional and deny my 6th amendment rights. Defendants Books and legal codes, legal laws, case laws, etc. Aided and abbetted in my illegal incarceration since Feb 25th, 2003. My Federal prosecuter Jay Hileman in Houston Texas case # H-03-90-2, used the Defendants Books to prosecute me in a Fraud indictment, the Black's Law Dictionary created the words "Wire Fraud", "Identity theft", "computer Hacking", without these words, I would not of been indicted. Now I'm posted illegally with all my civil suits on the lexisnexis websites and law books which violate my copyright name Jonathan Lee Riches©. I'm sovereign, the money that I was accused of taking is Fiat currency with nothing of substance. HJR 192 June 5, 1933 is

unconstitutional. All Title 18's in the United States code books that defendants distribute is unconstitutional. Defendants are involved with Racketeering and Kick backs with Federal courts. Judges & AUSA's nationwide have a secret Agreement with the defendants to illegally indict as many as Americans possible including myself, so we are forced to use defendants services and pay for law books, Internet Law Access, in which defendants profit, and kick back some funds to prosecutors. <u>Bivens v. Unknown Agents</u> This is in violation of the American Jurisprudence. Lexis Nexis Group is posting all the lawsuits I filed nationwide and lying about details on each case to make me look delusional, fantastic, and crazy. Defendants gave me 125 months in prison which caused my health to go downhill. I'm underweight because of stress from Defendants. Defendants illegally incarcerated the Montana Freeman, Randy Weaver, Earth Liberation Front, these are my Associates, also on my Birthday 12-21-09, I was in the FCI Williamsburg Law Library and the warden rolled up a criminal law reporter and beat me with it Like Vicks pitbull, he is Anti-semitic. The warden wants to keep me in prison as long as possible to satisfy his satistic nature. I'm in a glass window, Matthew Bender tries to play Judge, Jury, and executioner on my freedom and he has no constitutional right, Bender Rhymes with Blender and he's mixing me with Bernard Madoff's ponzi scam, and Bender Rhymes with fender, and defender of unconstitutional law, and I was tied to Jeff Gordon's fender. Defendants plan to create the Jonathan Lee Riches Frivolous Lawsuit law to stop me from defending myself. But its ok, because when I go home soon, I will sue the world in every state court, because all these books are used in state courts to prosecute innocent Americans. I speak on behalf of the American peoples injustice. I will sacrifise my life forever to protect the Constitution in which defendants are trying to confuse the real meaning with all these laws. I'm a true American Patriot. America is in danger, we must fight back. I Seek a restraining order of printing of all law books by Defendants and a Injunction from all courts & Law offices from using Defendants services until the International Criminal court investigates them. I can be reached below. I pray this court will grant my motions for relief.

Jonathan Lee Riches d/b/a Bernard Madoff respectfully, 4-26-05
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812