# UNITED STATES DISTRICT COURT

### District of Oregon

**Jonathan Lee Riches ,**

                         Plaintiff(s)

vs.                                 Case No:     1:09-CV-6118-CL

**LexisNexis Group et al,**

                         Defendant(s).

## Civil Case Assignment Order

     **(a)**      **Presiding Judge:** The above referenced case has been filed in this court and assigned for all further proceedings to:

> **Presiding Judge** . . . . . . . . . . . . . . . . . . . . . . . . . . . Hon. Mark D. Clarke
>
> **Presiding Judge's Suffix Code*** . . . . . . . . . . . . . . . . . . . . . . . . . . . CL
>
> *These letters must follow the case number on all future filings.

     **(b)**      **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to Rebecca Moore at (541) 608-8770 or rebecca_moore@ord.uscourts.gov

     **(c)**      **Civil Docket Clerk:** Questions about CM/ECF filings or docket entries should be directed to Deborah Johnson at (541) 608-8772 or deborah_johnson@ord.uscourts.gov

     **(d)**      **Place of Filing:** Pursuant to LR 3.4(b) all conventionally filed documents must be submitted to the Clerk of Court, James A. Redden United States Courthouse, 310 W. Sixth Street, Room 227, Medford, Oregon 97501. (See also LR 100.4)

     **(e)**      **Jurisdictional Authority of Magistrate Judges:**

         **(1)**      **Pretrial Administration:** In accordance with LR 72, the assigned United States Magistrate Judge is authorized to conduct all pretrial proceedings contemplated by 28 U.S.C. § 646(b) and Fed. R. Civ. P. 72 without further designation of the court.

         **(2)**      **Trial by Consent and Appeal Options:** In accordance with LR 73, 28 U.S.C. § 646(b) and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil jurisdiction in assigned cases and, <u>with the consent of the parties</u>, enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of a district judge).

**Revised August 23, 2007**                                        **Civil Case Assignment Order**

**(f)	Consent to a Magistrate Judge:** In accordance with 28 U.S.C. Sec. 636(c) and Fed. R. Civ. P. 73, all United States Magistrate Judges in the District of Oregon are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of to a District Judge).

Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the <u>Consent to Jurisdiction by a United States Magistrate Judge</u> (a copy of the consent form is included with this assignment order).  There will be no adverse consequences if a party elects not to consent to a Magistrate Judge.

**(g)	District Court Website:** Information about United States Magistrate Judges in the District of Oregon, local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at www.ord.uscourts.gov.

**Dated:**  April 30, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ C. Pew
**By:**	C. Pew, Deputy Clerk

For:	Mary L. Moran, Acting Clerk of Court

# UNITED STATES DISTRICT COURT

### District of Oregon

**Jonathan Lee Riches ,**

                        Plaintiff(s)

**vs.**                                                 Case No:     1:09-CV-6118-CL

**LexisNexis Group et al,**

                        Defendant(s).

### Consent to Jurisdiction by a Magistrate Judge
### and Designation of the Normal Appeal Route

      In accordance with Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. In accordance with Fed. R. Civ. P. 73(c), I agree that any appeal from a final order or judgment entered by a United States Magistrate Judge shall proceed directly to the United States Court of Appeals for the Ninth Circuit, and not to a District Judge of this Court.

**DATED:**

|  |  |
|---:|:---|
| **Signature:** | _____ |
| **Name & OSB ID:** | _____ |
| **e-mail address:** | _____ |
| **Firm Name:** | _____ |
| **Mailing Address:** | _____ |
| **City, State, Zip:** | _____ |
| **Phone Number:** | _____ |
| **Parties Represented** | _____ |

cc:     Counsel of Record