### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

JONATHAN LEE RICHES,

        **Plaintiff,**

        **v.**        Civil No. 09-6118-CL

LEXIS-NEXIS GROUP, et al.,

        **Defendants.**

## JUDGMENT

This action is dismissed with prejudice.

Dated: May 5, 2009

        MARY L. MORAN, Acting Clerk

          s/ S. Nogelmeier
       by
          S. Nogelmeier, Deputy Clerk

**JUDGMENT**        **DOCUMENT NO:** _____